**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02251-LTB-BNB

LANCE SWENTESKY,

       Plaintiff,

v.

ENHANCED RECOVERY CORPORATION, a Delaware corporation,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 9 - filed December 22, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

DATED:   December 27, 2006